Rogers, Hazard & Thames, H. T. Rogers, and E. E. Hazard, all of Jacksonville, for appellants.

Herbert Lamson and Charles E. Pelot, both of Jacksonville, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellants.

**DELAWARE SECURITIES CORPORATION, a Corporation, Plaintiff in Error, v. Addie W. KOHN et al., Defendants in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

R. C. Alley, of West Palm Beach, and Loftin, Stokes & Calkins, of Miami, for the motion.

PER CURIAM.

Writ of error dismissed on motion of counsel for plaintiff in error.

**Bessie Smith EVERETT, Joined by Her Husband, S. H. Everett, Appellants, v. F. M. HOULIHAN, as Administrator of Pallie S. Smith, Deceased, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

Eldridge Cutts, of Lakeland, for appellants.

H. S. Glazier, of Tampa, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee.

**FLORIDA MOTOR LINES, Inc., a Corporation, Appellant, v. BEACH BUS LINES INCORPORATED, a Corporation, et al., Appellees.**

Supreme Court of Florida.
Jan. Term, 1936.

Milam, McIlvaine & Milam, of Jacksonville, for appellant.

Austin Miller, of Jacksonville, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

**Benjamin FOSTER, Appellant, v. FLORIDA PUBLIC SERVICE CO., a Corporation, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

T. C. Cork, of Clermont, for appellant.

Travis, Brownbach & Paxson, of New York City, E. W. & R. C. Davis, of Orlando, and J. W. Hunter, of Tavares, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

**J. B. GREEN PLUMBING & EQUIPMENT COMPANY, Incorporated, a Corporation, et al., Appellants, v. S. W. GRUMPERTZ et al., Appellees.**

Supreme Court of Florida.
Jan. Term, 1936.

Paul M. Souder and Harrison E. Barringer, both of Sarasota, for appellants.

Henry L. Williford and James E. Kirk, both of Sarasota, for appellees.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

**Hasty HARDY, Plaintiff in Error, v. STATE of Florida, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.